AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| DAILY RAYS, INC., <br><br> *Plaintiff(s)* <br> v. <br> THE HEALING COMPANY INC.; <br> HEALING & WELLBEING LLC; <br> PRESENCE SIDDHI LLC; and <br> CHOPRA ENTERPRISES CORPORATION <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CHOPRA ENTERPRISES CORPORATION
307 ORCHARD CITY DRIVE #100, CAMPBELL, CA 95030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Guy Ruttenberg
        RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
        1801 Century Park East, Suite 1920
        Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                                          *Signature of Clerk or Deputy Clerk*